FILED 19 MAY 1 17:38USDC-ORM

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:19-cr- 00177-AA |
| v. | INDICTMENT |
| DAVID CONTRERAS and ELIESER VILLA, | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) |
| Defendants. | Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Possession with Intent to Distribute Methamphetamine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(A)(viii))**

On or about April 9, 2019, in the District of Oregon, defendants **DAVID CONTRERAS** and **ELIESER VILLA**, did unlawfully and knowingly possess with intent to distribute, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

### FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated this 1st day of May 2019.

                                            A TRUE BILL.

                                          /s/ Grand Jury Foreperson

                                        OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

*(signature)*

MARCO A. BOCCATO, OSB #103437
Assistant United States Attorney