**Donald L. Scales**
**Attorney at Law**
**217 Laurel Street**
**Medford, OR 97501**
**(541) 772-2363 Telephone**
**(541) 779-0080 Facsimile**
**Donscales05@msn.com**

**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR No. 1:19-CR-00177-AA |
| Plaintiff, | **DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO CONTINUE STATUS CONFERENCE AND TRIAL** |
| v. | |
| **DAVID CONTRERAS,** | |
| **Defendant.** | |

I, Donald L. Scales, hereby affirm:

1.   I represent the defendant, David Contreras, in this matter;

2.   Mr. Contreras is scheduled for Status Conference on January 21, 2020 and Trial on February 11, 2020.

3.   Counsel needs additional time to investigate and prepare for trial.

4. Additionally, the co-defendant on this case is set for status conference on March 16, 2020 and Trial on April 7, 2020.

5. Defense counsel has contacted Mr. Marco Boccato, counsel for the Government, regarding this motion. Mr. Boccato advises that he does not oppose this motion.

6. This motion is made in the interests of justice and not for purposes of delay.

Respectfully submitted this 16th day of January, 2020.

/s/ *Donald L. Scales*
Donald L. Scales
Attorney for Defendant