**Donald L. Scales**
**Attorney at Law**
**217 Laurel Street**
**Medford, OR 97501**
**(541) 772-2363 Telephone**
**(541) 779-0080 Facsimile**
**Donscales05@msn.com**

**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR No. 1:19-CR-00177-AA** |
| **Plaintiff,** | **DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO CONTINUE SENTENCING** |
| **v.** | |
| **DAVID CONTRERAS,** | |
| **Defendant.** | |

I, Donald L. Scales, hereby affirm:

1.      I represent the defendant, David Contreras, in this matter;

2.      Mr. Contreras is scheduled for Sentencing on February 17, 2022.

3.      Counsel needs additional time to prepare for sentencing.

4.      Defense counsel has contacted Mr. Marco Boccato, counsel for the

Government, regarding this motion.   Mr. Boccato advises that he does not oppose this

motion.

5.      This motion is made in the interests of justice and not for purposes of delay.

Respectfully submitted this 27th day of December, 2021.


/s/ *Donald L. Scales*
Donald L. Scales
Attorney for Defendant